419 A.2d 185

Bell Federal S&L et al. v. Laura Lanes et al., Appellants.

Argued April 9, 1979. Dale E. Williams, for appellants; Ralph F. Scalera, for appellees.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.